Michael S. Polsky as receiver for
Communications Products Corporation,
Plaintiff-Respondent-Cross-Appellant-Petitioner,

v.

Daniel E. Virnich and Jack M. Moores,
Defendants-Appellants-Cross-Respondents.

Supreme Court

*No. 2007AP203. Oral argument February 3, 2011.
—Decided March 2, 2011.*

2011 WI 13

(Also reported in 800 N.W.2d 742.)

1

For the plaintiff-respondent-cross-appellant-petitioner there were briefs by *Robert J. Kasieta, Andrew J. Parrish* and *Kasieta Legal Group, LLC,* Madison, and oral argument by *Robert J. Kasieta.*

For the defendants-appellants-cross-respondents there were briefs by *Donald K. Schott, Valerie L. Bailey-Rihn, James Richgels, Freya K. Bowen, Elyce M. Wos* and *Quarles & Brady LLP,* Madison and *Jeffrey O. Davis* and *Quarles & Brady LLP,* Milwaukee, and oral argument by *Donald K. Schott.*

Amicus curiae briefs were filed by *John E. Knight, James E. Bartzen, Kirsten E. Spira* and *Boardman, Suhr, Curry & Field LLP,* Madison, on behalf of the Wisconsin Bankers Association.

An amicus curiae brief was filed by *William Haus* and *Haus, Roman and Banks, LLP,* Madison, on behalf of the Sheet Metal Workers Local #565, affiliated with Sheet Metal Workers International Association, AFL-CIO.

¶ 1. PER CURIAM. The court is equally divided on the question of whether the decision of the court of appeals, *Polsky v. Virnich,* 2010 WI App 20, 323 Wis. 2d 811, 779 N.W.2d 712, should be affirmed or reversed. Justice DAVID T. PROSSER, Justice PATIENCE DRAKE ROGGENSACK and Justice MICHAEL J. GABLEMAN would affirm; Chief Justice SHIRLEY S. ABRAHAMSON, Justice ANN WALSH BRADLEY and Justice N. PATRICK CROOKS would reverse. Justice ANNETTE K. ZIEGLER did not participate.

¶ 2. Accordingly, the decision of the court of appeals is affirmed.